**Rey PARRA–SANTOS, Petitioner,**

v.

**Eric H. HOLDER Jr., Attorney General, Respondent.**

**No. 07–73537.**

United States Court of Appeals, Ninth Circuit.

Submitted May 25, 2010.[*]

Filed June 8, 2010.

Peter James Musser, Peter James Musser a Professional Corporation, Vista, CA, for Petitioner.

Corey Leigh Farrell, OIL, Richard Zanfardino, Trial, DOJ–U.S. Department of Justice, Washington, DC, Ronald E. Lefevre, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: CANBY, THOMAS, and W. FLETCHER, Circuit Judges.

MEMORANDUM [**]

Rey Parra–Santos, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' ("BIA") order denying his motion to reopen proceedings to apply for adjustment of status. We have jurisdiction under 8 U.S.C. § 1252. Reviewing for abuse of discretion,

---

[*] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

[**] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

*Malhi v. INS,* 336 F.3d 989, 993 (9th Cir. 2003), we grant the petition for review.

The BIA abused its discretion in denying Parra–Santos' motion to reopen where the record establishes that he did submit the August 6, 2005, approval notice of his immigrant visa petition filed on his behalf by his United States citizen spouse, and this constitutes sufficient evidence of the bona fides of his marriage. *See* 8 C.F.R. § 1245.1(c)(8)(v) (2008) (an approved immigrant visa petition "will be considered primary evidence of eligibility for the bona fide marriage exemption").

**PETITION FOR REVIEW GRANTED; REMANDED.**